# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:23-cv-0407

THE RIDGE WALLET LLC,

Plaintiff,

v.

MOUNTAIN VOYAGE COMPANY, LLC,

Defendant.

## JOINT NOTICE OF DEFENDANT'S ACCEPTANCE OF SERVICE

PLEASE TAKE NOTICE THAT Michael J. Garvin of Vorys, Sater, Seymour & Pease LLP, attorney for Mountain Voyage Company, LLC ("Mountain Voyage"), is authorized to accept service on behalf of Mountain Voyage and hereby acknowledges service of the Summons and the Complaint for Patent Infringement and Demand for Jury Trial in the above-titled action for and on behalf of the Mountain Voyage with like effect as personal service upon it.

Dated: March 15, 2023

| | |
|---|---|
| /s/ Aurora Temple Barnes | /s/ Michael J. Garvin |
| Aurora Temple Barnes | Michael J. Garvin |
| **K&L GATES, LLP** | **VORYS, SATER, SEYMOUR & PEASE LLP** |
| 1717 Main Street, Suite 2800 | 200 Public Square, Suite 1400 |
| Dallas, Texas 75201 | Cleveland, Ohio 44114 |
| Tel.: (214) 939-5627 | Tel.: 216-479-6188 |
| aurora.barnes@klgates.com | mjgarvin@vorys.com |
| | |
| Benjamin Edward Weed | *Attorney for Mountain Voyage Company, LLC* |
| Gina A. Johnson | |
| **K&L GATES, LLP** | |

70 West Madison Street, Suite 3100
Chicago, Illinois 60602
Tel.: (312) 807-4243
benjamin.weed@klgates.com
gina.johnson@klgates.com

*Attorneys for The Ridge Wallet, LLC*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 15, 2023, a true and correct copy of the foregoing **JOINT NOTICE OF DEFENDANT'S ACCEPTANCE OF SERVICE** was electronically filed using the CM/ECF system and served on counsel of all parties. Parties may access this filing through the CM/ECF system.

      /s/ Aurora Temple Barnes
      Aurora Temple Barnes, Esq.