**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-0407

THE RIDGE WALLET LLC,

Plaintiff,

v.

MOUNTAIN VOYAGE COMPANY, LLC,

Defendant.

**ENTRY OF APPEARANCE OF AMANDA C. MAXFIELD**

PLEASE TAKE NOTICE THAT Amanda C. Maxfield with the law firm, K&L Gates LLP, hereby enters her appearance on behalf of Plaintiff The Ridge Wallet LLC.

- 2 -

| | |
|---|---|
| Dated: April 6, 2023 | K&L GATES LLP<br><br>/s/ Amanda C. Maxfield<br>Aurora Temple Barnes, Esq.<br>**K&L GATES LLP**<br>1717 Main Street, Suite 2800<br>Dallas, TX 75201<br>Tel.: (214) 939-56277<br>aurora.barnes@klgates.com<br><br>Benjamin E. Weed, Esq.<br>Gina A. Johnson, Esq.<br>Amanda C. Maxfield, Esq.<br>**K&L GATES LLP**<br>Suite 3300 70 W. Madison Street<br>Chicago, IL 60602<br>Tel.: (312) 807-4243<br>benjamin.weed@klgates.com<br>gina.johnson@klgates.com<br>amanda.maxfield@klgates.com<br><br>*Attorneys for The Ridge Wallet LLC* |

- 3 -

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 6, 2023, a true and correct copy of the foregoing ENTRY OF APPEARANCE OF AMANDA C. MAXFIELD was electronically filed using the CM/ECF system and served on counsel of all parties.  Parties may access this filing through the CM/ECF system.

                */s/ Amanda C. Maxfield*
                Amanda C. Maxfield, Esq.