UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00407-CNS-SBP

THE RIDGE WALLET LLC,

    Plaintiff,

v.

MOUNTAIN VOYAGE COMPANY LLC

    Defendant.

## MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to D.C.COLO.LAttyR 5(b), Plaintiff The Ridge Wallet LLC ("Plaintiff"), by and through its undersigned counsel, respectfully moves for leave to withdraw the appearance of Amanda Maxfield as counsel of record in the above-captioned matter, and requests that Ms. Maxfield's name be removed from all certificates of service and mailing lists. In support thereof, the undersigned states as follows:

1. Amanda Maxfield is no longer with the firm of K&L Gates LLP;

2. No party will be prejudiced or otherwise affected by Ms. Maxfield's withdrawal, as Plaintiff is currently represented by other counsel at K&L Gates LLP;

3. The relief requested in this Motion is sought in good faith and not for the purposes of delay; and

4. A copy of this Motion will be served upon Defendant.

WHEREFORE, Plaintiff respectfully moves the Court for an Order granting the withdrawal of Amanda Maxfield as counsel of record for Plaintiff The Ridge Wallet LLC.

Dated: August 8, 2024

Respectfully submitted,

s/ Aurora Temple Barnes
Aurora Temple Barnes
CO Bar No. 52677
**K&L GATES LLP**
1711 Main Street, Suite 2800
Dallas, TX 75201
Tel: (214) 939-5627
Aurora.Barnes@klgates.com

*Attorney for Plaintiff The Ridge Wallet LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on August 8, 2024, I have caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ Aurora Temple Barnes<br>
Aurora Temple Barnes