# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00407-CNS-SBP

THE RIDGE WALLET LLC,

Plaintiff,

v.

2985, LLC D/B/A MOUNTAIN VOYAGE COMPANY, LLC,

Defendant.

## ORDER FOR DISMISSAL

THIS MATTER having come before the Court on the parties' JOINT STIPULATION FOR DISMISSAL (ECF No. 130), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Court being fully advised in the premises, it is hereby

ORDERED that the above-captioned matter is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 5th day of March 2025.

BY THE COURT:

Charlotte N. Sweeney
United States District Judge